IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   25-CR-6112-FPG

ROXROY ROPER,

           Defendant.

## INFORMATION
(Title 18, United States Code, Section 922(a)(3))

### COUNT 1

**The United States Attorney Charges That:**

In or about November 2023, in the Central District of California, the defendant, **ROXROY ROPER**, not being a licensed importer, manufacturer, dealer, or collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did transport into the State of California, where he then resided, one (1) 9mm Luger (9x19mm) caliber, Taurus G3 semiautomatic pistol, bearing serial number ACE935799, said firearm having been purchased and otherwise obtained by the defendant outside the State of California.

All in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

### FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of Count 1 of this Information, the defendant, **ROXROY ROPER**, shall forfeit to the United States, all of his right, title and interest in any firearm and

ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to the following, seized by law enforcement, on July 31, 2024, in the vicinity of 23594 Park South Street, Calabasas, California:

    a.    one (1) 9mm Luger (9x19mm) caliber, Taurus G3 semiautomatic pistol bearing serial number ACE935799, with attached magazine;

    b.    one (1) .40 caliber, Glock 23 Gen 4 semiautomatic pistol bearing serial number BDDV575, with attached magazine;

    c.    twenty-five (25) rounds of 9mm Luger (9x19mm) caliber ammunition; and

    d.    ten (10) rounds of .40 caliber ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, August 20, 2025.

                            MICHAEL DIGIACOMO
                            United States Attorney
                            Western District of New York

BY:    _____
          BRANDON N. GONZALEZ
          Assistant United States Attorney
          United States Attorney's Office
          Western District of New York
          100 State Street, Suite 500
          Rochester, New York 14614
          (585) 399-3934
          Brandon.Gonzalez@usdoj.gov